IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| COREY D. FINNEY, | : | |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | 5:05-CV-102 (WDO) |
| | : | 5:02-CR-10 (WDO) |
| UNITED STATES OF AMERICA | : | |

**ORDER**

Before the Court is the Magistrate Judge's Report and Recommendation to dismiss Finney's habeas petition as barred by the applicable one-year statute of limitations. After carefully reviewing the Recommendation and Finney's objections thereto, the Recommendation is ADOPTED and made the order of the Court. Finney's habeas petition is DISMISSED WITH PREJUDICE as untimely filed.

SO ORDERED this 19th day of April, 2005.

s/Wilbur D. Owens, Jr.
**WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**