IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **COREY DEWAYNE FINNEY,** : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | Criminal Action No. |
| : | 5:02-CR-10-HL |
| **UNITED STATES OF AMERICA,** : | |
| : | Civil Action No. |
| Respondent. : | 5:08-CV-90013-HL |
| : | |
| : | |

## ORDER

Petitioner has filed a Notice of Appeal (Doc. 60), which the Court construes as both a Notice of Appeal and a Motion for a Certificate of Appealability. Petitioner seeks appellate review of the Court's June 25, 2008, Order (Doc. 56) denying his Motion to Vacate Under § 2255 (Doc. 51). Under 28 U.S.C. § 2253(c), an appeal may not be taken from the final order in a § 2255 proceeding unless a circuit justice or judge issues a certificate of appealability. A judge may issue a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Because Petitioner has not made this showing, his Motion for a Certificate of Appealability is denied.

**SO ORDERED**, this the 16th day of October, 2008

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

dhc